FANNIE WAX, Appellant, v. MAX J. ANNENBERG, Respondent.— Order setting aside the verdict and granting a new trial unless plaintiff stipulate to reduce reversed on the law and the facts, with costs, motion denied, verdict reinstated and judgment directed to be entered thereon, with costs. In our opinion, it cannot be said that the verdict of the jury was excessive or that it was the result of passion, prejudice or other improper motive. Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ., concur.

IDA MANN, Respondent, v. YETTA KURMAN and Others, Appellants.— On argument, order reversed on the law, with ten dollars costs and disbursements, and motion to dismiss the complaint granted, with ten dollars costs, with leave to plaintiff to plead over within ten days from the entry of the order herein. Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ., concur.

PETER AHBOL, Respondent, v. HARDEN CONTRACTING Co., INC., Defendant, and LEHIGH CONSTRUCTION Co., INC., Appellant.— Motion for reargument denied, with ten dollars costs. This court did not overlook the respondent's claim respecting the alleged violation by appellant of section 241 of the Labor Law. The case was not tried on that theory. Besides, subdivision 4 of that section expressly excepts from its requirements spaces " for stairways and elevator shafts designated by the plans and specifications." Undisputed testimony was that the rivet was dropped and the accident occurred in a space under the tower which had been left open, under the plans, for permanent stairways. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

CHARLES ARONSON, Respondent, v. ABRAHAM KUTTNER, Appellant, and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion to resettle order denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

NICKO BUONO, an Infant, by VELIA BUONO, His Guardian ad Litem, Respondent, v. W. J. I. BUILDING CORPORATION and Another, Appellants, and Others, Defendants.— (No. 547.) Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. (No. 548.) Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.